JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR ALBERTO SERVELLON TORRES,<br><br>     Petitioner,<br><br>     v.<br><br>WARDEN DESERT VIEW ANNEX, et al.,<br><br>     Respondents. | Case No. 5:26-cv-03127 ADS<br><br><br>JUDGMENT |

   Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Dated:  June 17, 2026

       /s/ Autumn D. Spaeth
      THE HONORABLE AUTUMN D. SPAETH
      United States Magistrate Judge